**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 4 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 11-2292 |
| vs. | ) Count 1: 18 U.S.C. §§ 1029(a)(3) and 2: Access Device Fraud; |
| **OLADIPO ALABI** and **KEHINDE OGUNTOYINBO**, | ) Count 2: 18 U.S.C. §§ 1028A(a)(1) and 2: Aggravated Identity Theft |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 6, 2011, in Quay County, in the District of New Mexico, the Defendants, **OLADIPO ALABI** and **KEHINDE OGUNTOYINBO**, knowingly and with intent to defraud, possessed fifteen and more counterfeit and unauthorized access devices including but not limited to:

(a) approximately thirty-three credit and debit card account numbers,

(b) approximately nine re-encoded credit and debit cards, and

(c) approximately 269 Social Security account numbers,

said possession affecting interstate and foreign commerce, in that the Defendants **OLADIPO ALABI** and **KEHINDE OGUNTOYINBO** were transporting the access devices in interstate commerce, namely, from California to Texas.

In violation of 18 U.S.C. §§ 1029(a)(3) and 2.

Count 2

On or about April 6, 2011, in Quay County, in the District of New Mexico, the Defendants, **OLADIPO ALABI** and **KEHINDE OGUNTOYINBO**, did knowingly possess, without lawful authority, a means of identification of another person during and in relation to the offense of Access Device Fraud in violation of 18 U.S.C. § 1029(a)(3), to wit: the true names of the legitimate owners of the access devices.

In violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
08/23/11 11:16am