AO 94 (Rev. 06/09) Commitment to Another District

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 28 2011

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:11mj 343 |
| | ) | |
| OLADIPO ALABI | ) | Charging District's |
| *Defendant* | ) | Case No. 11-2292 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of __NEW MEXICO__,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 9/23/11

_____
*Judge's signature*

Amos L. Mazzant
_____
*Printed name and title*

P. Jones

# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:11MJ343 |
| OLADIPO ALABI | § | |

### ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

Signed the 23rd day of September, 2011.

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE

P.Jones

| | | | |
|---|---|---|---|
| DATE 9/23/11 | CASE NUMBER 4:11MJ343 | | |
| LOCATION Sherman | USA | M. Rea | Assigned |
| JUDGE Amos Mazzant | VS | M. Rea | Appeared |
| DEPUTY CLERK D. McCord | | | |
| COURT REPORTER Digital | OLADIPO ALABI | | |
| USPO: P. Hennen | | Defendant | |
| INTERPRETER: | Denise Benson, standing by | | |
| BEGIN: 10:21 am / 10:30 / 10:56 / 10:58 | | Attorney | |

X INITIAL APPEARANCE ON **INDICTMENT / DISTRICT OF NEW MEXICO**

| | | | |
|---|---|---|---|
| X | Hearing Held | X | Hearing Called |

X   Dft   appears: X with counsel standing by
    Appears on: X Indictment, District of New Mexico.

X   Dft   X advised of charges

X   Dft   Requests appointed counsel, is sworn & examined re: financial status.

X   The court finds the defendant ☐ able   X unable to employ counsel.

X   U.S. Pub Defender  D. Benson  appointed

X   Gvt motion for dtn

X   Defendant waives right to any hearing in this District, but requests any hearings he is entitled to be held in New Mexico.

X   Defendant remanded to custody of U.S. Marshal for transport to New Mexico.

*P. Jones* (signature)

**CRIM 92-116**          ☐  See reverse/attached for additional proceedings          _____ Adjourn

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:11 mj343 |
| ) | |
| OLADIPO ALABI ) | Charging District's Case No.   4:11-2292 |
| _____ ) | |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of New Mexico

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  9/23/2011

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Denise S. Benson
*Printed name of defendant's attorney*

CLOSED

## U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
## CRIMINAL DOCKET FOR CASE #: 4:11-mj-00343-ALM All Defendants
## Internal Use Only

Case title: USA v. Alubi
Other court case number: 11-CR-2292 District of New Mexico

Date Filed: 09/23/2011
Date Terminated: 09/23/2011

Assigned to: Magistrate Judge Amos L. Mazzant

**Defendant (1)**

**Oladipo Alubi**
*TERMINATED: 09/23/2011*

represented by **Denise S Benson**
Federal Defender's Office
1800 Teague
Suite 204
Sherman, TX 75090
903/8924448
Fax: 903-892-4808
Email: denise_benson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

*P. Jones*

**Complaints**

None

**Disposition**

**Plaintiff**

USA　　　　　　　　　　　　　　　represented by **Miriam E Rea**
　　　　　　　　　　　　　　　　　　　　　　　　U S Attorney's Office - Plano
　　　　　　　　　　　　　　　　　　　　　　　　101 E Park Blvd
　　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　Plano, TX 75074
　　　　　　　　　　　　　　　　　　　　　　　　972-309-1201
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 972-509-1213
　　　　　　　　　　　　　　　　　　　　　　　　Email: miriam.rea@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2011 | 1 | Received a copy of the Arrest Warrant and Indictment from the District of New Mexico, 11-CR-2292, as to Oladipo Alubi (pad, ) Modified on 9/23/2011 (pad, ). (Entered: 09/23/2011) |
| 09/23/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Amos L. Mazzant:Initial Appearance in Rule 5(c)(3) Proceedings as to Oladipo Alubi held on 9/23/2011 (Court Reporter Digital.) (pad, ) (Entered: 09/23/2011) |
| 09/23/2011 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Oladipo Alubi. Signed by Magistrate Judge Amos L. Mazzant on 9/23/2011. (pad, ) (Entered: 09/23/2011) |
| 09/23/2011 | 4 | WAIVER of Rule 5(c)(3) Hearing by Oladipo Alubi (pad, ) (Entered: 09/23/2011) |
| 09/23/2011 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Oladipo Alubi. Defendant committed to the District of New Mexico. Signed by Magistrate Judge Amos L. Mazzant on 9/23/2011. (pad, ) (Entered: 09/23/2011) |
| 09/23/2011 | | Forwarded certified copies of the documents filed and docket sheet to the District of New Mexico. (pad, ) (Entered: 09/23/2011) |